■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY J. BOWMAN, Appellant. [622 NYS2d 175] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him, *inter alia,* of burglary in the second degree. We conclude that defendant was not denied effective assistance of counsel *(see, People v Baldi,* 54 NY2d 137, 146-147). Defendant failed to demonstrate that there was no legitimate explanation for counsel's strategy to concede defendant's possession of stolen property while contesting defendant's involvement in the burglary *(see, People v Ellis,* 81 NY2d 854, 856-857; *People v Garcia,* 75 NY2d 973, 974). We have reviewed defendant's remaining arguments and conclude that they are lacking in merit. (Appeal from Judgment of

Oneida County Court, Merrell, J.—Burglary, 2nd Degree.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.